Disposition of Petitions for Discretionary Review Under G.S. 7A-31

12 June 2013

| | | | |
|---|---|---|---|
| 427P12 | Marie Wyatt Whitworth v. Estate of Wesley Todd Whitworth; Tammy Whitworth, Individually and as Executor of the Estate of Wesley Todd Whitworth; and Window World, Inc. | 1. Plt's NOA Based Upon a Constitutional Question (COA11-989)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 428P12 | WakeMed v. NCD-HHS, Division of Health Service Regulation, Certificate of Need Section and Rex Hospital, Inc., d/b/a/ Rex Healthcare, Holly Springs Surgery Center, LLC, and Novant Health, Inc. Respondent-Intervenors<br><br>Rex Hospital, Inc., d/b/a Rex Healthcare v. NCD-HHS, Division of Health Service Regulation, Certificate of Need Section and WakeMed, Holly Springs Surgery Center, LLC, and Novant Health, Inc., Respondent/ Intervenors | 1. Petitioner's (Rex Hospital, Inc., d/b/a Rex Healthcare) PDR Under N.C.G.S. § 7A-31 (COA11-1588)<br><br>2. Petitioner's (WakeMed) PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Denied<br><br><br><br>**Beasley, J., Recused** |
| 432P12 | In the Matter of M.M. | State's PWC to Review Order of COA (COAP12-537) | Denied |
| 446P12 | Tradewinds Airlines, Inc., Tradewinds Holdings, Inc., and Coreolis Holdings, Inc., Third-Party Plaintiffs v. C-S Aviation Services, Third-Party Defendant | Third-Party Def's PDR Under N.C.G.S. § 7A-31 (COA11-739) | Denied |